UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PRENTICE COX,

    Plaintiff,

-against-

STAUBITZ MEAT MARKET, INC., JOHN MCFADDEN, and JOHN MCFADDEN JR.

    Defendants.

Case No.: 18-cv-5380 (LDH)(RLM)

**STIPULATION AND ORDER OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and among the undersigned counsel for the parties herein, that this action be and is hereby dismissed in its entirety against all Defendants, with prejudice, and with no award of attorneys' fees or costs by the Court to any party.

Dated: February 5, 2019

**SEKENDIZ LAW FIRM P.C.**
*Attorneys for Plaintiff*

By: _____
Ismail S. Sekendiz, Esq.
45 Broadway, Suite 1420
New York, NY 10006
(212) 380-8087

**SERRINS & ASSOCIATES LLC**
*Attorneys for Defendants*

By: _____
Alan Serrins, Esq.
233 Broadway, Suite 2340
New York, NY 10279
(212) 384-0202

SO ORDERED: _____
s/ LDH
Honorable LaShann DeArcy Hall

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ FEB 07 2019 ★

BROOKLYN OFFICE